| | | | | |
|---|---|---|---|---|
| Haas v. Carpenter | 46A04–1610–SC–2437 | 05/16/2017 | RILEY, J.<br>NAJAM, J.<br>BRADFORD, J. | Affirmed<br>Concurs<br>Concurs |
| Larkey v. State | 90A02–1612–CR–2767 | 05/16/2017 | BRADFORD, J.<br>NAJAM, J.<br>RILEY, J. | Affirmed<br>Concurs<br>Concurs |
| Majors v. State | 49A02–1609–CR–2156 | 05/17/2017 | BARNES, J.<br>KIRSCH, J.<br>ROBB, J. | Affirmed<br>Concurs<br>Concurs |
| Miles v. State | 79A02–1609–CR–2239 | 05/17/2017 | BARTEAU, Sr.J.<br>BAILEY, J.<br>CRONE, J. | Affirmed<br>Concurs<br>Concurs |
| Warner v. United Farm Family Mutual Insurance Company | 23A04–1607–CC–1495 | 05/17/2017 | ROBB, J.<br>VAIDIK, C.J.<br>BAILEY, J. | Affirmed<br>Concurs<br>Concurs |
| Measles v. State | 46A03–1607–CR–1635 | 05/18/2017 | BRADFORD, J.<br>ROBB, J.<br>BARNES, J. | Affirmed<br>Concurs<br>Concurs |
| Kearney v. State | 45A03–1611–CR–2657 | 05/18/2017 | ALTICE, J.<br>KIRSCH, J.<br>MATHIAS, J. | Affirmed<br>Concurs<br>Concurs |
| Indiana Bureau of Motor Vehicles v. Staton | 57A03–1608–MI–1946 | 05/18/2017 | FRIEDLANDER, Sr.J.<br>NAJAM, J.<br>BARNES, J. | Affirmed<br>Concurs<br>Concurs |
| Anderson v. State | 71A04–1611–CR–2693 | 05/18/2017 | CRONE, J.<br>BAKER, J.<br>BARNES, J. | Affirmed<br>Concurs<br>Concurs |
| Jeffers v. Butts | 33A05–1611–MI–2536 | 05/18/2017 | ALTICE, J.<br>RILEY, J.<br>CRONE, J. | Reversed and Remanded<br>Concurs<br>Concurs in result without opinion |
| Claudio v. State | 85A02–1611–CR–2709 | 05/18/2017 | CRONE, J.<br>BAKER, J.<br>BARNES, J. | Affirmed<br>Concurs<br>Concurs |